NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETLIST, INC.,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC,**
*Appellees*

---

2024-1521

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00711, IPR2023-00205.

---

**JUDGMENT**

---

RICHARD CRUDO, Sterne Kessler Goldstein & Fox PLLC, Washington, DC, argued for appellant. Also represented by RICHARD M. BEMBEN, JOHN HYLTON, WILLIAM MILLIKEN; JONATHAN M. LINDSAY, Irell & Manella LLP, Newport Beach, CA; JASON SHEASBY, HONG ANNITA ZHONG, Los Angeles, CA.

MICHAEL HAWES, Baker Botts LLP, Houston, TX, argued for appellee Samsung Electronics Co., Ltd. Also represented by LORI DING; THEODORE W. CHANDLER, Los Angeles, CA; ELIOT DAMON WILLIAMS, Washington, DC.

MICHAEL RUECKHEIM, Winston & Strawn LLP, Redwood City, CA, for appellees Micron Technology, Inc., Micron Semiconductor Products, Inc., Micron Technology Texas, LLC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 9, 2025
Date

Jarrett B. Perlow
Clerk of Court